| UNITED STATES DISTRICT COURT |
|---|
| DISTRICT OF NEW JERSEY    24-1290 |

UNITED STATES OF AMERICA

v.

DONNY S. ADELMAN

Magistrate Case No. E2065052 (Class A)

**COMPLAINT**
Offense on a Federal Reservation

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **29th day of July 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**DONNY S. ADELMAN** did commit:

Photographing Defense Installations in violation of 18 U.S.C 795.

The name of the Complainant is **Luke D. Wilson.**

_____
**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 5TH DAY OF DECEMBER 2024.

_____
**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _2 October_, 20_24_ while exercising my duties as a law enforcement officer in the _Federal_ District of _JB MDL, NJ_

Subject did violate 18 USC 795 by videotaping the Entry Control Point at Joint Base MDL without the Installation Commander's permission.

The foregoing statement is based upon:

☐ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _10/02/2024_
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident